```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    BOUBACAR KEITA, et al.              :           CIVIL ACTION
                                        :
              v.                        :
                                        :
    WILLIAM BARR, et al.                :           NO. 19-980


                                ORDER

            AND NOW, this 25th of October, 2019, for the reasons

    set forth in the accompanying Memorandum, it is hereby ordered

    that:

        (1)  The motion of defendants for judgment on the

    administrative record (Doc. # 20) is GRANTED.

        (2)  The motion of plaintiffs for judgment on the

    administrative record (Doc. # 22) is DENIED.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                            J.
```